2120 - Served
2121 - Served
2220 - Not Served
2221 - Not Served
2320 - Served By Mail
2321 - Served By Mail
2420 - Served By Publication
2421 - Served By Publication
Summons - Alias Summons

(01/25/17) CCG N001

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

DAVID E. A. UKESONE
(Name all parties)
v.
EMIRATES, a foreign corporation

No. 18L001036

☑ SUMMONS ☐ ALIAS SUMMONS

**PLEASE SERVE:**
Emirates
5600 Mannheim Road
Chicago, IL 60666

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room **801**, Chicago, Illinois 60602
☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077
☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008
☐ District 4 - Maywood
1500 Maybrook Dr.
Maywood, IL 60153
☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455
☐ District 6 - Markham 16501
S. Kedzie Pkwy. Markham,
IL 60428
☐ Child Support: 50 W.
Washington, LL-01,
Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

JAN 30 2018

☑ Atty. No.: 24667
Name: Hofeld and Schaffner
Atty. for: Plaintiffs
Address: 30 N. LaSalle St., Suite 3120
City/State/Zip Code: Chicago, IL 60602
Telephone: (312) 372-4250
Primary Email: service@hofeldandschaffner.com
Secondary Email: jmacinerney@hofeldandschaffner.com
Tertiary Email: ikuschel@hofeldandschaffner.com

Witness: _____

DOROTHY BROWN
DOROTHY BROWN, Clerk of CLERK OF CIRCUIT COURT

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:
(312)      372-1766
(Area Code) (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
Page 1 of 1

**EXHIBIT A**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| DAVID E. A. UKESONE, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. |
| | ) |
| EMIRATES, a foreign corporation, | ) |
| Defendant. | ) |

## COMPLAINT AT LAW

NOW COMES the plaintiff, DAVID E. A. UKESONE, by and through his attorneys, HOFELD AND SCHAFFNER, and complaining of the defendant, EMIRATES, a foreign corporation, states as follows:

1. That at all relevant times, defendant, EMIRATES, was a foreign corporation, doing business in the County of Cook and State of Illinois.

2. That at all relevant times, defendant, EMIRATES, owned, operated and managed a commercial airline regularly offering and operating flights from Dubai, United Arab, EMI to Chicago, Illinois.

3. That on or about January 23, 2018, plaintiff, DAVID E. A. UKESONE, a citizen of Nigeria, was en route to Chicago to be reunited with his wife and take up lawful residence in the United States. His wife had come to the United States a few months earlier and was living with their son.

4. That while en route from Nigeria to Chicago, DAVID E. A. UKESONE flew from Nigeria to Dubai on EMIRATES without incident. He then boarded a connecting EMIRATES flight from Dubai to Chicago.

5. After being in the air for several hours, DAVID E. A. UKESONE left his assigned seat to go to the lavatory located at the rear of the airplane.

1

6. Upon returning from the lavatory, DAVID E. A. UKESONE assumed an empty seat which he believed to be his assigned seat. Thereafter, flight attendants who were agents and employees of defendant, EMIRATES, told DAVID E. A. UKESONE that he was in the wrong seat and should move.

7. DAVID E. A. UKESONE, believing he was in the correct seat, voiced that belief to the flight attendants. Thereafter, the flight attendants placed restraints on DAVID E. A. UKESON'S ankles and wrists, placed a gag over his mouth, and restrained him in the rear of the plane where he was forced to remain for approximately 8 hours as the plane continued its flight to Chicago. DAVID E. A. UKESONE was deprived of food and water for that entire period.

8. Upon arrival in Chicago, DAVID E. A. UKESONE was taken off the plane by trained medical personnel and was transported to Resurrection Medical Center where he was hospitalized for treatment of wounds and injuries inflicted by defendant, EMIRATES' flight attendants.

9. At all relevant times, DAVID E. A. UKESONE was a passenger and business invitee lawfully on defendant, EMIRATES, flight EK 235, departing from Dubai, United Arab EMI, en route to and arriving at O'Hare International Airport, in Cook County, Illinois.

10. That at the time of the occurrence, plaintiff, DAVID E. A. UKESONE, was seventy-one years of age.

11. That at all relevant times, defendant, EMIRATES was a common carrier, and individually, and acting by and through its agents and employees, owed plaintiff, DAVID E. A. UKESONE, the highest duty of care for his safety.

12. That despite the foregoing duty, defendant, EMIRATES, individually, and by and through its agents and employees, was then and there guilty of one or more of the following acts

and/or omissions:

    (a)    committed a battery upon plaintiff, DAVID E. A. UKESONE;

    (b)    without just cause and provocation restrained plaintiff, DAVID E. A. UKESONE;

    (c)    failed to properly train its employees and agents regarding how to handle passengers with problems regarding seat assignments in a safe and proper manner; and,

    (d)    was otherwise careless and negligent.

13. That as a direct and proximate result of one or more of the foregoing acts or omissions, plaintiff, DAVID E. A. UKESONE, has been hospitalized and has sustained and will continue to sustain serious physical injuries, severe emotional distress, and other damages of a personal and pecuniary nature.

WHEREFORE, plaintiff, DAVID E. A. UKESONE, by and through his attorneys, HOFELD AND SCHAFFNER, demands judgment against defendant, EMIRATES, a foreign corporation, in an amount in excess of FIFTY THOUSAND ($50,000.00) DOLLARS.

RESPECTFULLY SUBMITTED:

HOFELD AND SCHAFFNER

By: _____
    ATTORNEY FOR PLAINTIFF

John J. MacInerney
HOFELD AND SCHAFFNER
30 N. LaSalle Street
Suite 3120
Chicago, IL 60602
(312) 372-4250

3